**Electronically Filed
Supreme Court
SCWC-17-0000807
09-JUL-2019
08:52 AM**

SCWC-17-0000807

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE CERTIFICATE HOLDERS OF NOMURA HOME EQUITY
LOAN, IN ASSET-BACKED CERTIFICATES, SERIES 2006-FM-2,
Respondent/Plaintiff-Appellee,

vs.

MARK MARCANTONIO, and GWEN MARCANTONIO,
Petitioners/Defendants/Cross-Claim Defendants-Appellants,

and

ALINA NAULT,
Petitioner/Defendant-Appellant,

and

MC&A, INC.,
Respondent/Defendant/Cross-Claim Plaintiff-Appellee,

and

STATE OF HAWAIʻI, HAWAIʻI HEALTH SYSTEMS CORPORATION,
dba MAUI MEMORIAL MEDICAL CENTER, and DIRECTOR OF
DEPARTMENT OF TAXATION, STATE OF HAWAIʻI,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000807; CIV. NO. 13-1-0718(3))

<u>ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon further consideration of the records and files in this case, it appearing that the application for writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED:  Honolulu, Hawaiʻi, July 9, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

